UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANKOR ENERGY LLC | * | CIVIL ACTION NO. 2:20-CV-1560 |
| | * | |
| Plaintiff | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| versus | * | |
| | * | |
| SANARE ENERGY PARTNERS, LLC | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION AND INCORPORATED MEMORANDUM TO
STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS**

NOW INTO COURT, through undersigned counsel, comes plaintiff, ANKOR Energy LLC ("ANKOR"), and defendant, Sanare Energy Partners, LLC ("Sanare"), which jointly move this Honorable Court for a stay of proceedings for a period of 60 days so that the parties may explore potential negotiated resolution of this dispute.

1.

On July 2, 2020, the parties entered into a "Letter Agreement" providing, among other things, that the parties will endeavor to resolve the amount due from Sanare for the joint interest billings rendered before May 1, 2020.  The parties agreed under the Letter Agreement to take all necessary steps to stay, without prejudice, the proceedings in the instant lawsuit for a period of 60 days, in order to allow the parties time to negotiate such resolution.

2.

Accordingly, the parties respectfully request that the Court stay all proceedings in the case for a period of 60 days, commencing July 2, 2020 and ending August 31, 2020.

3.

This Court has the inherent power to stay the case to achieve "economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The parties believe that a stay of proceedings is appropriate to avoid potentially unnecessary further litigation and to conserve judicial resources.

4.

The requested stay will not interrupt any deadlines. While the Court has set a scheduling conference for July 16, 2020, a scheduling order has not yet been entered. Dkt. 22. In addition, the only motion pending in the case at present is the emergency motion for reconsideration filed by Sanare. Dkt. 21.

5.

The parties will promptly notify the court if they are able to resolve the pre-May 1, 2020 joint interest billings through the negotiations within the 60-day stay.

6.

If no resolution is reached, the parties request that the Court vacate the stay on August 31, 2020 and proceed with the action in normal course.

7.

The parties reserve the right to petition this Court to lift the requested stay in the event of a material default of the Letter Agreement by the other party.

8.

A proposed order agreed to by the parties is attached.

WHEREFORE, ANKOR and Sanare respectfully request that proceedings in this case be stayed for 60 days through August 31, 2020.

Respectfully submitted,

| **LOOPER GOODWINE P.C.** | **JACKSON WALKER LLP** |
|---|---|
| /s/ *Paul J. Goodwine* | /s/ *Joseph A. Fischer, III* |
| Paul J. Goodwine (T.A.) | Joseph A. Fischer, III |
| Louisiana Bar No. 23757 | Louisiana Bar No. 34381 |
| Taylor P. Mouledoux | 1401 McKinney St., Suite 1900 |
| Louisiana Bar No. 31889 | Houston, Texas 77010 |
| Taylor P. Gay | Telephone: (713) 752-4200 |
| Louisiana Bar No. 35140 | Facsimile: (713) 752-4221 |
| 650 Poydras Street, Suite 2400 | Email: tfischer@jw.com |
| New Orleans, Louisiana 70130 | |
| Telephone: (504) 503-1500 | *Attorneys for Defendant* |
| Telecopier: (504) 503-1501 | |
| pgoodwine@loopergoodwine.com | |
| tmouledoux@loopergoodwine.com | |
| tgay@loopergoodwine.com | |

*Attorneys for Plaintiff*