UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANKOR ENERGY LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-1560** |
| **SANARE ENERGY PARTNERS, LLC** | **SECTION: T(1)** |

### ORDER

Considering the Joint Motion and Incorporated Memorandum to Stay Proceedings Pending Settlement Negotiations (R. Doc. 24);

**IT IS ORDERED** that the motion is GRANTED and the above-captioned matter is hereby **STAYED** and **ADMINISTRATIVELY CLOSED** to allow the parties to explore potential negotiated resolution of this dispute. Any party may move to re-open the above-captioned matter in writing.

**New Orleans, Louisiana**, on this 6th day of July, 2020.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**